UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| LUIS VILLEGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>EDWARD A. SNOW, in individual and representative capacity as trustee of The Snow Family Trust dated July 8, 2015; KIET T. SNOW, in individual and representative capacity as trustee of The Snow Family Trust dated July 8, 2015; and DOES 1 through 10, inclusive.<br><br>        Defendants. | CASE NO. 2:19-cv-10768-SK<br><br>**JUDGMENT** |

    Pursuant to the Court's Findings of Fact and Conclusions of Law, **IT IS ADJUDGED** that judgment is entered in favor of Plaintiff Luis Villegas and against Defendants Edward A. Snow and Kiet T. Snow. Defendants are ordered to bring the following architectural barriers at Eddie's Liquor, located at 299 E. Artesia Blvd., Long Beach, California, into compliance with the 2010 Americans with Disabilities Act Standards: (1) the signage directing disabled patrons to the accessible entrance (if not already done); the accessible path of travel from the Store to the public sidewalk; (3) the wheelchair accessible parking space and access aisle; and (4) the clear space in front of the Store's entrance.

DATED: November 17, 2021

STEVE KIM
U.S. MAGISTRATE JUDGE